UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL MONIQUE LIGHTFOOT, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CENDANT MORTGAGE CORPORATION dba PHH MORTGAGE, et al.,<br><br>        Defendants. | CV 02-6568 CBM (AJWx)<br><br><br><br>JUDGMENT |

    In accordance with Federal Rule of Civil Procedure 58 and consistent with the Court's "Order Granting Defendants Cendant Mortgage Corporation, Fannie Mae and Matthews' Motions to Dismiss; And Request for Judicial Notice" [Doc. No. 59], IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendants Cendant Mortgage Corporation, Fannie Mae, and Robert O. Matthews.

    IT IS SO ORDERED.

DATED: October 21, 2009      By _____
                                                    CONSUELO B. MARSHALL
                                                    UNITED STATES DISTRICT JUDGE