# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LIGHTFOOT, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>CENDANT MORTGAGE, ET AL.<br><br>Defendants. | No. CV 02-6568 CBM (AJWx)<br><br><br>JUDGMENT |

In accordance with Federal Rule of Civil Procedure 58 and *Whitaker v. Garcetti*, 486 F.3d 572, 579 (9th Cir. 2007) (requiring that a judgment must be set forth on a separate document), and consistent with the Court's Order Dismissing the Action With Prejudice Against Defendant Attorneys Equity National Corporation, [Doc. No. 103.], **IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of Defendant Attorneys Equity National Corporation.

IT IS SO ORDERED.

DATED: June 11, 2010          By _____
                              CONSUELO B. MARSHALL
                              UNITED STATES DISTRICT JUDGE

1