# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL MONIQUE LIGHTFOOT; BEVERLY ANN HOLLIS-ARRINGTON,<br><br>Plaintiffs,<br>v.<br><br>CENDANT MORTGAGE CORPORATION, doing business as PHH MORTGAGE; FANNIE MAE; ROBERT O. MATTHEWS; ATTONREYS EQUITY NATIONAL CORPORATION,<br><br>Defendants. | Case Nos.: CV 02-6568-CBM-AJW<br><br>**ORDER VACATING JUDGMENT AND REMANDING TO STATE COURT**<br><br>JS6 |

Consistent with the Supreme Court's decision in *Lightfoot v. Cendant Mortg. Corp.*, 137 S. Ct. 553 (2017), and the Ninth Circuit's Order (Dkt. No. 136), the judgment entered on June 11, 2010 (Dkt. No. 104) is vacated and the action is remanded to state court.

**IT IS SO ORDERED.**

DATED: March 24, 2017.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1